**Order entered August 2, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00171-CV

**ORVILLE PAUL DUNAGAN, Appellant**

**V.**

**BRYAN COLEMAN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-05904-E/G**

## ORDER

The Court has before it Ben Abbott, P.C.'s motion to withdraw as counsel for appellee. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove Niles Illich and the Law Office of Ben Abbott, P.C. as counsel for appellee. The Court further **DIRECTS** the Clerk of the Court to send a copy of this order to Bryan Coleman at 5724 Goliad Ave., Dallas, Texas  75206.

/s/     ELIZABETH LANG-MIERS
              JUSTICE